**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MORGAN STANLEY & CO., INC. ) <br> AUCTION RATE SECURITIES ) <br> DERIVATIVE LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL ACTIONS ) <br> _____ ) | Lead Case No. 08 Civ. 7587 (AKH) <br><br> (Derivative Action) |

**NOTICE OF DEMAND UPON DEFENDANT**
**BOARD OF DIRECTORS UNDER SECTION 220 OF THE DELAWARE**
**GENERAL CORPORATION LAW IN RESPONSE TO REFUSAL OF DEMAND**

PLEASE TAKE NOTICE THAT the attached shareholder demand under Section 220 of the Delaware General Corporation Law was transmitted to the Board of Directors of Morgan Stanley via overnight mail on May 12, 2010, in response to the letter dated April 26, 2010 in which the Board refused the shareholders' demand dated August 24, 2009.

Dated: May 12, 2010.

                                                                          KAHN SWICK & FOTI, LLC

                                                                             *Albert M. Myers*
                                                     Lewis S. Kahn (admitted pro hac vice)
                                                     *lewis.kahn@ksfcounsel.com*
                                                     Albert M. Myers (a member of the bar of this Court)
                                                     *albert.myers@ksfcounsel.com*
                                                     Kevin Oufnac (admitted pro hac vice)
                                                     *kevin.oufnac@ksfcounsel.com*
                                                     650 Poydras Street, Suite 2150
                                                     New Orleans, LA 70130
                                                     Telephone: (504) 455-1400
                                                     Fax: (504) 455-1498

                                                     *Attorneys for Plaintiff Louisiana Municipal*
                                                     *Police Employees Retirement System*

ROY JACOBS & ASSOCIATES
Roy L. Jacobs (a member of the bar of this Court)
*rjacobs@jacobsclasslaw.com*
60 East 42nd Street
New York, NY  10165
Telephone:  (212) 685-0969
Facsimile:  (212) 685-2306
PASKOWITZ & ASSOCIATES
Laurence D. Paskowitz (a member of the bar of this Court)
*classattorney@aol.com*
60 East 42nd Street
New York, NY  10165
Telephone:  (212) 685-0969
Facsimile:  (212) 685-2306

*Attorneys for Plaintiff Terry G. Thomas*



PARTNERS
Charles C. Foti, Jr., LA
Lewis S. Kahn, LA
Kim E. Miller, NY & CA
Albert M. Myers, NY & GA
Kevin L. Oufnac, LA & SC
Michael A. Swick, NY

OF COUNSEL
Neil Rothstein, PA

ASSOCIATES
Paul S. Balanon, LA, MD, & D.C.
Sarah Catherine Boone, MT
Melissa Ryan Clark, NY
Michael A. McGuane, NY
George S. Mentz, LA

May 12, 2010

**VIA OVERNIGHT MAIL**

John J. Mack
Chairman of the Board of Directors
Morgan Stanley & Co., Inc.
1585 Broadway
New York, NY 10036

Re:   **Shareholder Demand Concerning Auction Rate Securities**

Dear Mr. Mack:

This firm represents the Louisiana Municipal Police Employees Retirement System ("MPERS"), an institutional shareholder of Morgan Stanley & Co., Inc. ("Morgan Stanley" or the "Company") since April 2006. We write on behalf of MPERS, as well as co-plaintiff Terry G. Thomas, in response to the Morgan Stanley Board of Directors' (the "Board") refusal of the demands made in our letter dated August 24, 2009 with respect to the Company's participation in the market for auction-rate securities (the "Demand").

In connection with the Board's refusal, we hereby demand under Section 220 of the Delaware General Corporation Law that the Company make available for our prompt inspection on behalf of MPERS the following corporate books and records:

1. All minutes (including any votes taken or resolutions adopted) and notes of any meetings of the full Board or any Committee thereof (including the Audit Committee) at which the Demand was discussed or evaluated.

2. All agendas prepared in advance of any meeting referred to in the previous request and circulated to any expected participant thereof, including any reports or documents enclosed with such agendas.

3. All documents evidencing the recusal of any Board member from any Board or Committee (including the Audit Committee) consideration of the Demand or the reasons therefor.

4. All written reports prepared by Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") concerning the results (including interim results) of the "comprehensive investigation of Morgan Stanley's marketing and selling of ARS during 2007 and 2008 in response to several regulatory investigations, including investigations by the Securities and Exchange Commission ('SEC') and New York Attorney General's Office" referred to on pp. 1-2 of the letter from Bruce D.

John J. Mack
May 12, 2010
Page 2

        Angiolillo to the undersigned dated April 26, 2010 (the "Angiolillo Letter"), a copy of which is enclosed, including any reports communicated to the SEC, New York Attorney General's Office, or other government or regulatory body or agency and including any reports communicated to the Board, any Committee thereof, or any senior officer of Morgan Stanley.

5. All indices of the "2.8 million pages of electronic and hard copy documents" referred to in the first carryover paragraph on p. 2 of the Angiolillo Letter relied upon by Skadden in connection with its investigation.

6. All notes and transcripts of interviews with Morgan Stanley employees referred to in the first carryover paragraph on p. 2 of the Angiolillo Letter.

7. All written reports prepared by Simpson Thacher & Bartlett LLP ("STB") concerning the results of the "independent review and analysis" conducted by STB and referred to in the first and second full paragraphs of p. 2 of the Angiolillo Letter, including any reports communicated to the Board, any Committee thereof, or any senior officer of Morgan Stanley.

8. Documents sufficient to identify the "certain matters that were not a focus of Skadden's prior investigation" referred to in the first full paragraph on p. 2 of the Angiolillo Letter.

9. Documents evidencing communication(s) of the "request[]" for "additional documents" referred to in the first full paragraph on p. 2 of the Angiolillo Letter.

10. Documents sufficient to identify the "relevant Morgan Stanley employees" referred to in the first full paragraph on p. 2 of the Angiolillo Letter.

11. All notes and transcripts of interviews with Morgan Stanley employees referred to in the first full paragraph of p. 2 of the Angiolillo Letter.

12. The "additional documents" actually made available to or reviewed by STB referred to in the first full paragraph of p. 2 of the Angiolillo Letter.

13. All documents relied upon by the Audit Committee in making the "presentation to the Participating Board Members" referred to in the last paragraph of p. 2 of the Angiolillo Letter, and all documents constituting or accompanying that presentation to the Participating Board Members.

14. The retention request and agreement between the Audit Committee referred to in the second paragraph of p. 1 of the Angiolillo Letter.

15. The retention request and agreement by which Skadden was engaged to conduct the investigation referred to on pp. 1-2 of the Angiolillo Letter.

      The purpose of this request is to enable MPERS and its legal counsel to evaluate the Board's refusal of the Demand, demand and whether same constituted a reasonable and good-faith exercise of the Board's business judgment. This firm is authorized to act on behalf of

John J. Mack
May 12, 2010
Page 3

MPERS in connection with this matter pursuant to the enclosed Power of Attorney executed by Kathy Bourque, the Director of MPERS.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that the enclosed documentary evidence is a true and correct copy of MPERS's share ownership information in Morgan Stanley from April 2006 to present.

    Please contact me within five (5) business days hereof to discuss procedures for our inspection of the books and records that will minimize the burden on both MPERS and the Company. Thank you in advance for your cooperation.

    With kind regards, I remain

                                   Very truly yours,

                                   Albert M. Myers

cc.:    Honorable Alvin K. Hellerstein
        Bruce D. Angiolillo
        Roy L. Jacobs
        Laurence D. Paskowitz

## POWER OF ATTORNEY

STATE OF LOUISIANA            )
                              : ss.:
PARISH OF EAST BATON ROUGE    )

KATHY BOURQUE, being duly sworn, deposes and says:

1. I, Kathy Bourque, am the Director of the Louisiana Municipal Police Employees' Retirement System (MPERS), which has been a shareholder of Morgan Stanley & Co., Inc. ("Morgan Stanley") since April 2006 and remains a shareholder as of today.

2. On behalf of MPERS, I authorized the Consolidated Shareholder's Derivative Complaint in the case captioned *In re Morgan Stanley & Co, Inc. Auction Rate Securities Derivative Litigation*, No. 08 Civ. 7587 (S.D.N.Y.) (the "Action"). I am aware that the Action was dismissed for failure to make demand on the Board of Directors (the "Board") of Morgan Stanley. On August 24, 2009, with my authorization, MPERS's legal counsel, Kahn Swick & Foti, LLC, made demand on the Board to bring the claims set forth in the Action.

3. I hereby affirm that Kahn Swick & Foti, LLC has MPERS's full power of attorney to take further steps to protect MPERS's interests in Morgan Stanley, including demanding inspection of Morgan Stanley's books and records pursuant to Delaware law, filing or continuing legal actions based on the misconduct set forth in the Action and on the Board's refusal of MPERS's demand, and taking further steps to protect MPERS's interests which it deems appropriate in its professional judgment.

May ~~April~~ 12, 2010.

_____
Kathy Bourque

Subscribed and sworn to
Before me this 12th day of ~~April~~ May 2010

_____
Notary Public
My commission expires: At Death

# J.P.Morgan

Page 1 of 9

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006 To: 29-Apr-2010

All Transaction Activity

**Custody**

**Account:** **REDACTED** MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Transaction Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|---|

*Value Date: 25-Mar-2010 CCY: USD*
*Transaction Category: SALE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | SALE<br>SALE<br>SETTLED | T310081BBZA | 25-Mar-2010<br>25-Mar-2010 | 2,200.0000000 | USD | 64,416.00<br>0.00<br>64,393.18 |

*Value Date: 18-Feb-2010 CCY: USD*
*Transaction Category: SALE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | SALE<br>SALE<br>SETTLED | T310043CL3L | 18-Feb-2010<br>18-Feb-2010 | 100.0000000 | USD | 2,716.00<br>0.00<br>2,715.96 |

*Value Date: 12-Feb-2010 CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A210043ADNH | 12-Feb-2010<br>12-Feb-2010 | 15,970.0000000 | USD | 0.00<br>798.50<br>798.50 |

*Value Date: 23-Dec-2009 CCY: USD*
*Transaction Category: SALE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | SALE<br>SALE<br>SETTLED | T309355AGX2 | 23-Dec-2009<br>23-Dec-2009 | 700.0000000 | USD | 20,456.59<br>0.00<br>20,456.06 |

*Value Date: 23-Nov-2009 CCY: USD*
*Transaction Category: SALE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | SALE<br>SALE<br>SETTLED | T309322BCC9 | 23-Nov-2009<br>23-Nov-2009 | 2,200.0000000 | USD | 73,344.92<br>0.00<br>73,321.03 |

*Value Date: 13-Nov-2009 CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A209317AGKP | 13-Nov-2009<br>13-Nov-2009 | 18,870.0000000 | USD | 0.00<br>943.50<br>943.50 |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433

04/30/2010 09:31:33

# J.P.Morgan

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006 To: 29-Apr-2010

**All Transaction Activity**

**Custody**

**Account:** **REDACTED** MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|---|

*Value Date: 23-Oct-2009  CCY: USD*
*Transaction Category: SALE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | SALE<br>SALE<br>SETTLED | T309293A98F | 23-Oct-2009<br>23-Oct-2009 | 500.0000000 | USD | 16,520.00<br>0.00<br>16,519.07 |

*Value Date: 20-Oct-2009  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | PURCHASE<br>PURCHASE/BUY<br>SETTLED | T309288CV29 | 20-Oct-2009<br>20-Oct-2009 | 800.0000000 | USD | (26,168.00)<br>0.00<br>(26,176.00) |

*Value Date: 14-Aug-2009  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A209226AFBO | 14-Aug-2009<br>14-Aug-2009 | 18,570.0000000 | USD | 0.00<br>928.50<br>928.50 |

*Value Date: 05-Jun-2009  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | PURCHASE<br>PURCHASE/BUY<br>SETTLED | T309153CMP7 | 05-Jun-2009<br>05-Jun-2009 | 1,090.0000000 | USD | (32,798.10)<br>0.00<br>(32,799.19) |

*Value Date: 15-May-2009  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A209135BEAY | 15-May-2009<br>15-May-2009 | 15,300.0000000 | USD | 0.00<br>1,020.01<br>1,020.01 |

*Value Date: 13-May-2009  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED | T309128ENC7 | 13-May-2009<br>13-May-2009 | 2,180.0000000 | USD | (61,432.40)<br>0.00<br>(61,432.40) |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433                                                                                                                          04/30/2010 09:31:33

# J.P.Morgan

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006 To: 29-Apr-2010

Page 3 of 9

All Transaction Activity

**Custody**

**Account:** **REDACTED** MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date / Fail Description | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|
| *Value Date: 26-Mar-2009 CCY: USD* | | | | | | | | |
| *Transaction Category: PURCHASE* | | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | PURCHASE PURCHASE/BUY SETTLED | T309082COR5 | 26-Mar-2009 26-Mar-2009 | 200.0000000 | USD | (4,550.44) 0.00 (4,550.84) |
| *Value Date: 18-Feb-2009 CCY: USD* | | | | | | | | |
| *Transaction Category: PURCHASE* | | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | PURCHASE PURCHASE/BUY SETTLED | T309043B71A | 18-Feb-2009 18-Feb-2009 | 105.0000000 | USD | (2,340.45) 0.00 (2,340.56) |
| *Value Date: 13-Feb-2009 CCY: USD* | | | | | | | | |
| *Transaction Category: DIVIDEND* | | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A209044ADFC | 13-Feb-2009 13-Feb-2009 | 9,400.0000000 | USD | 0.00 2,538.00 2,538.00 |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A209044ADPR | 13-Feb-2009 13-Feb-2009 | 95.0000000 | USD | 0.00 25.65 25.65 |
| *Value Date: 04-Feb-2009 CCY: USD* | | | | | | | | |
| *Transaction Category: PURCHASE* | | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | PURCHASE PURCHASE/BUY SETTLED | T309030B38O | 04-Feb-2009 04-Feb-2009 | 3,900.0000000 | USD | (83,061.81) 0.00 (83,081.31) |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | PURCHASE PURCHASE/BUY SETTLED | T309030B391 | 04-Feb-2009 04-Feb-2009 | 1,300.0000000 | USD | (27,587.04) 0.00 (27,593.54) |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | PURCHASE PURCHASE/BUY SETTLED | T309030B3J7 | 04-Feb-2009 04-Feb-2009 | 300.0000000 | USD | (6,384.00) 0.00 (6,385.50) |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433                                                                                                                     04/30/2010 09:31:33

# J.P.Morgan

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006 To: 29-Apr-2010

**Custody**

**Account:** REDACTED MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

**All Transaction Activity**

| Security ID ISIN | Security Name Coupon Rate Fail Description | Maturity Date | Pool Number | Transaction Category Transaction Type Transaction Status | Transaction Number Age (Days) | Contractual S/D Payable Date Posted Date | Units Current Face | | Principal Amount Income Amount Net Amount |
|---|---|---|---|---|---|---|---|---|---|

*Value Date: 12-Jan-2009  CCY: USD*
*Transaction Category: SALE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | SALE SALE SETTLED | T309007BWLU | 12-Jan-2009 12-Jan-2009 | 300.0000000 | USD | 5,532.00 0.00 5,530.46 |

*Value Date: 24-Nov-2008  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | PURCHASE PURCHASE/BUY SETTLED | T308324B6SO | 24-Nov-2008 24-Nov-2008 | 100.0000000 | USD | (1,057.59) 0.00 (1,058.09) |

*Value Date: 31-Oct-2008  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A208305AKYR | 31-Oct-2008 31-Oct-2008 | 9,695.0000000 | USD | 0.00 2,617.65 2,617.65 |

*Value Date: 14-Aug-2008  CCY: USD*
*Transaction Category: FREE DELIVER*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | FREE DELIVER A/C SW DELIVER W/INV @ COST SETTLED | T308227CQI2 | 14-Aug-2008 14-Aug-2008 | 5.0000000 | USD | 0.00 0.00 0.00 |

*Value Date: 31-Jul-2008  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A208213ADYJ | 31-Jul-2008 31-Jul-2008 | 9,700.0000000 | USD | 0.00 2,619.00 2,619.00 |

*Value Date: 30-Apr-2008  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | | | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A208121AGHD | 30-Apr-2008 30-Apr-2008 | 9,700.0000000 | USD | 0.00 2,619.00 2,619.00 |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433

04/30/2010 09:31:33

# J.P.Morgan

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006  To: 29-Apr-2010

**All Transaction Activity**

**Custody**
**Account:** ** REDACTED ** MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID ISIN | Security Name Coupon Rate  Maturity Date  Pool Number Fail Description | Transaction Category Transaction Type Transaction Status | Transaction Number Age (Days) | Contractual S/D Payable Date Posted Date | Units Current Face | | Principal Amount Income Amount Net Amount |
|---|---|---|---|---|---|---|---|

*Value Date: 03-Apr-2008  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | PURCHASE PURCHASE/BUY SETTLED | T308091B5R4 | 03-Apr-2008 03-Apr-2008 | 500.0000000 | USD | (22,985.50) 0.00 (22,993.00) |

*Value Date: 05-Feb-2008  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | PURCHASE PURCHASE/BUY SETTLED | T308031CISH | 05-Feb-2008 05-Feb-2008 | 100.0000000 | USD | (4,855.00) 0.00 (4,856.50) |

*Value Date: 31-Jan-2008  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A208031AFHR | 31-Jan-2008 31-Jan-2008 | 9,000.0000000 | USD | 0.00 2,430.00 2,430.00 |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A208031AFRZ | 31-Jan-2008 31-Jan-2008 | 100.0000000 | USD | 0.00 27.00 27.00 |

*Value Date: 29-Nov-2007  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | PURCHASE PURCHASE/BUY SETTLED | T307330BWJ2 | 29-Nov-2007 29-Nov-2007 | 100.0000000 | USD | (4,884.00) 0.00 (4,885.50) |

*Value Date: 31-Oct-2007  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A207304AEEI | 31-Oct-2007 31-Oct-2007 | 9,000.0000000 | USD | 0.00 2,430.00 2,430.00 |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433                                                                                                                                   04/30/2010 09:31:33

# J.P.Morgan

Page 6 of 9

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006  To: 29-Apr-2010

**Custody**

**All Transaction Activity**

**Account:** REDACTED MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID<br>ISIN | Security Name<br>Coupon Rate  Maturity Date  Pool Number<br>Fall Description | Transaction Category<br>Transaction Type<br>Transaction Status | Transaction Number<br>Age (Days) | Contractual S/D<br>Payable Date<br>Posted Date | Units<br>Current Face | | Principal Amount<br>Income Amount<br>Net Amount |
|---|---|---|---|---|---|---|---|

*Value Date: 18-Sep-2007  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448<br>US6174464486 | MORGAN STANLEY COM STK USD0.01 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED | T307256B9JP | 18-Sep-2007<br>18-Sep-2007 | 100.0000000 | USD | (6,647.50)<br>0.00<br>(6,647.50) |

*Value Date: 20-Aug-2007  CCY: USD*
*Transaction Category: SALE*

| 617446448<br>US6174464486 | MORGAN STANLEY COM STK USD0.01 | SALE<br>SALE<br>SETTLED | T307227B4RM | 20-Aug-2007<br>20-Aug-2007 | 2,500.0000000 | USD | 145,573.27<br>0.00<br>145,573.27 |

*Value Date: 31-Jul-2007  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448<br>US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A207212AFEP | 31-Jul-2007<br>31-Jul-2007 | 11,400.0000000 | USD | 0.00<br>3,078.00<br>3,078.00 |

*Value Date: 30-Apr-2007  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448<br>US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A207120AHVM | 30-Apr-2007<br>30-Apr-2007 | 11,400.0000000 | USD | 0.00<br>3,078.00<br>3,078.00 |

*Value Date: 27-Mar-2007  CCY: USD*
*Transaction Category: PURCHASE*

| 617446448<br>US6174464486 | MORGAN STANLEY COM STK USD0.01 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED | T307082AF7R | 27-Mar-2007<br>27-Mar-2007 | 100.0000000 | USD | (8,113.50)<br>0.00<br>(8,113.50) |

*Value Date: 31-Jan-2007  CCY: USD*
*Transaction Category: DIVIDEND*

| 617446448<br>US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND<br>CASH CREDIT FOR DIVIDENDS<br>SETTLED | A207031AFZN | 31-Jan-2007<br>31-Jan-2007 | 11,300.0000000 | USD | 0.00<br>3,051.00<br>3,051.00 |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433                                                                                                                                04/30/2010 09:31:33

# J.P.Morgan

## Securities Litigation
### Summary by Value Date
### From: 01-Apr-2006  To: 29-Apr-2010

**All Transaction Activity**

**Custody**

**Account:** **REDACTED** MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID ISIN | Security Name Coupon Rate  Maturity Date  Pool Number Fail Description | Transaction Category Transaction Type Transaction Status | Transaction Number Age (Days) | Contractual S/D Payable Date Posted Date | Units Current Face | | Principal Amount Income Amount Net Amount |
|---|---|---|---|---|---|---|---|
| *Value Date: 28-Dec-2006  CCY: USD* | | | | | | | |
| *Transaction Category: SALE* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | SALE SALE SETTLED | T306356B7EF | 28-Dec-2006 28-Dec-2006 | 100.0000000 | USD | 8,005.75 0.00 8,005.75 |
| *Value Date: 27-Nov-2006  CCY: USD* | | | | | | | |
| *Transaction Category: SALE* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | SALE SALE SETTLED | T306328BHVD | 27-Nov-2006 27-Nov-2006 | 100.0000000 | USD | 7,854.75 0.00 7,854.75 |
| *Value Date: 31-Oct-2006  CCY: USD* | | | | | | | |
| *Transaction Category: DIVIDEND* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A206304AEWZ | 31-Oct-2006 31-Oct-2006 | 11,500.0000000 | USD | 0.00 3,105.00 3,105.00 |
| *Value Date: 31-Aug-2006  CCY: USD* | | | | | | | |
| *Transaction Category: FREE DELIVER* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | FREE DELIVER A/C SW DELIVER W/INV @ COST SETTLED | T306242BSJQ | 31-Aug-2006 31-Aug-2006 | 4,000.0000000 | | 0.00 0.00 0.00 |
| *Value Date: 31-Jul-2006  CCY: USD* | | | | | | | |
| *Transaction Category: DIVIDEND* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A206212AGTC | 31-Jul-2006 31-Jul-2006 | 15,600.0000000 | USD | 0.00 4,212.00 4,212.00 |
| *Value Date: 25-Jul-2006  CCY: USD* | | | | | | | |
| *Transaction Category: SALE* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | SALE SALE SETTLED | T306201BDVZ | 25-Jul-2006 25-Jul-2006 | 100.0000000 | USD | 6,367.80 0.00 6,367.80 |

Please refer to the disclaimer page at the end of this report for further information.

# J.P.Morgan

**Securities Litigation**
Summary by Value Date
From: 01-Apr-2006 To: 29-Apr-2010

All Transaction Activity

**Custody**
**Account:** REDACTED ** MPERS OF LA - ALLIANCE CAPITAL MANAGEMENT

| Security ID ISIN | Security Name Coupon Rate  Maturity Date  Pool Number Fail Description | Transaction Category Transaction Type Transaction Status | Transaction Number Age (Days) | Contractual S/D Payable Date Posted Date | Units Current Face | | Principal Amount Income Amount Net Amount |
|---|---|---|---|---|---|---|---|
| *Value Date: 22-Jun-2006  CCY: USD* | | | | | | | |
| *Transaction Category: PURCHASE* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | PURCHASE RECEIVE VS PAYMENT SETTLED | T306170BXYB | 22-Jun-2006 22-Jun-2006 | 100.0000000 | USD | (5,692.00) 0.00 (5,692.00) |
| *Value Date: 28-Apr-2006  CCY: USD* | | | | | | | |
| *Transaction Category: DIVIDEND* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | DIVIDEND CASH CREDIT FOR DIVIDENDS SETTLED | A206118AHOS | 28-Apr-2006 28-Apr-2006 | 15,500.0000000 | USD | 0.00 4,185.00 4,185.00 |
| *Value Date: 05-Apr-2006  CCY: USD* | | | | | | | |
| *Transaction Category: SALE* | | | | | | | |
| 617446448 US6174464486 | MORGAN STANLEY COM STK USD0.01 | SALE SALE SETTLED | T306093CE7B | 05-Apr-2006 05-Apr-2006 | 100.0000000 | USD | 6,281.80 0.00 6,281.80 |

Please refer to the disclaimer page at the end of this report for further information.

D-025-259-433                                                                                                              04/30/2010 09:31:33

# J.P.Morgan

## Custody

**Securities Litigation**
By Value Date
From: 01-Apr-2006 To: 29-Apr-2010

**All Transaction Activity**

## End of Report

### Disclaimer

Market values and exchange rates were obtained from sources which J.P. Morgan believes to be reliable but have not been verified and are for the exclusive use of the customer. J.P. Morgan makes no statement or warranty, expressed or implied, that any quoted values reflect the proceeds which may be received on the sale of a security.

Reports generated intraday are subject to change until end of day processing is complete. J.P. Morgan will not be liable for any loss or damage arising out of the inaccuracy of any such information or customer's reliance thereon.

Assets reflected as "held elsewhere", "memo", "memorandum" or "blue sheet" may not be held in custody by J.P. Morgan and may not be subject to J.P. Morgan's control. As such, customers may have no securities entitlement or other right against J.P. Morgan with respect to these positions, and J.P. Morgan will not be liable with respect to these assets.

Balances in BHD, BRL, CNY, COP, INR, KRW, KWD, KZT, TWD, UAH, VEF, VND, XOF and ZWD are held in accounts in the client's name with the subcustodian and are payable by the subcustodian only. Clients should contact their Relationship Manager for any questions related to this.

Reports customized or edited by customers may not reflect all assets or transactions.

Copyright J.P. Morgan Chase & Co. 2009. All rights reserved

D-025-259-433

04/30/2010 09:31:33