UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE MORGAN STANLEY & CO., INC.　　:　**ORDER PLACING CASE IN**
AUCTION RATE SECURITIES　　　　　　　:　**ABEYANCE**
DERIVATIVE LITIGATION　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　08 Civ. 7587 (AKH)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　(Derivative Action)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J:

On June 30, 2010, I issued an Order denying plaintiffs' request to assume jurisdiction over their demand for discovery from Morgan Stanley's Board of Directors under Delaware General Corporation Law, Del. Code. Ann. tit. 8, § 220, and also ordering plaintiffs to show cause why the case should not be dismissed. Since then, plaintiffs have initiated an action in Delaware Chancery Court seeking discovery under § 220, and both plaintiffs and defendants ask this Court to hold the case in abeyance pending a decision by the Chancery Court. Accordingly, the present case will be held in abeyance until the Chancery Court renders a decision, provided the parties provide this Court with status updates every sixty days commencing with the issuance of this Order.

SO ORDERED.

Dated: September 14, 2010
New York, New York

　　　　　　　　　　　　　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge