

**KAHN SWICK & FOTI, LLC**

PARTNERS
Lewis S. Kahn, LA
Michael A. Swick, NY
Charles C. Foti, Jr.*, LA
Kim E. Miller, NY & CA
Albert M. Myers, NY & GA
*FORMER LOUISIANA ATTORNEY GENERAL 2004-2008

OF COUNSEL
Neil Rothstein, PA

ASSOCIATES
Paul S. Balanon, LA, MD, & D.C.
Sarah Catherine Boone, CA & MT
Melissa Ryan Clark, NY
Christopher W. Xoul, LA
Melinda A. Nicholson, LA & NY
Godfrey Rodriguez, LA



January 13, 2011

<u>By fax to (212) 805-7942</u>

Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Morgan Stanley & Co. Inc. Auction Rate Sec. Derivative Litig.*, Lead Case No. 08 Civ. 7587 (AKH)

Dear Judge Hellerstein:

This firm represents Plaintiffs in the above-referenced action.

On January 12, 2011, this firm submitted to chambers and electronically filed a letter updating the Court as to the status of *Louisiana Municipal Police Employees Retirement System v. Morgan Stanley & Co., Inc.*, No. 5682-VCL (Del. Ch.), a Delaware Section 220 action in which this firm represents MPERS. This document, which was not approved by defendants, was submitted prematurely and in error. Consequently, we now write to request the Court's approval for the filing to be withdrawn by the Clerk of Court. We will, of course, submit an updated status report on January 28, 2011 in accordance with the Court's order dated November 16, 2010.

We regret this mistake and we thank the Court for its consideration of this matter.

Very truly yours,

Albert M. Myers

206 Covington St. • Madisonville, LA 70447 • (504) 455-1400 • 500 5th Avenue, Suite 1810 • New York, NY 10110 • (212) 696-3730
LA and NY fax: (504) 455-1498